# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CAMACHO MENDEZ, et al., | Case No. CV 15-8710 SJO (JEM) |
| Plaintiffs, | |
| v. | **J U D G M E N T** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

April 22, 2016.

DATED: _____

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE